**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-08-611-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Carlos Alvarez-Espinoza (02), | |
| Defendant. | |

Defendant Carlos Alvarez-Espinoza was convicted by a jury of multiple offenses arising out of the hostage taking of undocumented immigrants. Doc. 216. He was sentenced to a total of 137 years in prison. Doc. 280. The Ninth Circuit affirmed. Doc. 354.

In an order dated January 18, 2011, the Court appointed attorney Michele Moretti to represent Defendant in an action brought under 28 U.S.C. § 2255. Doc. 359. Shortly before the entry of that order, Defendant filed a second motion for appointment of counsel. Doc. 356. He also filed a motion for a stay and a motion to dismiss his previous "petition" on the ground that he lacks the legal knowledge and understanding of English necessary to prosecute a § 2255 action. Docs. 355, 357.

Given the appointment of Ms. Moretti to represent Defendant, the second motion to appoint counsel will be denied as moot and the other motions will be denied without prejudice. *See* LRCiv 83.3(c)(2) (a party represented by counsel may not file pro se motions); *Pizzuto v. Arave*, 280 F.3d 949, 968 (9th Cir. 2002) (party represented by counsel

was not entitled to cross-examine witness because "there is no right to 'hybrid' representation").

**IT IS ORDERED:**

1. Defendant Carlos Alvarez-Espinoza's second motion for appointment of counsel (Doc. 356) is **denied** as moot.

2. Defendant's motion for a stay and motion to dismiss (Docs. 355, 357) are **denied** without prejudice.

DATED this 1st day of February, 2011.

_David G. Campbell_
United States District Judge