**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-08-00611-02-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Carlos Alvarez Espinoza, | |
| Defendant. | |

Defendant Carlos Alvarez Espinoza received a 300-month prison sentence after a jury convicted him of hostage taking and harboring illegal alien offenses in June 2009. Docs. 221, 434.  He has filed a one-page motion to unseal the jury verdict.  Doc. 458; *see* Doc. 214.  The government has filed a response.  Doc. 459.  The Court will deny the motion.

Defendant presents no argument or legal authority in support of his motion. Doc. 458.  The government notes, correctly, that a redacted public version of the jury verdict is available on the Court's docket (*see* Doc. 221), and that the redactions were made to protect the full identity of the minor victim.  Doc. 459 at 1.  The Court finds compelling reasons to keep the unredacted jury verdict under seal.  *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

**IT IS ORDERED** that Defendant's motion to unseal the unredacted jury verdict (Doc. 458) is **denied**.

Dated this 15th day of June, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge